UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re | ) )  ) Chapter 7 |
| PLANT-BASED PIZZA BOSTON, LLC, | ) Case No. 23-10609-JEB ) |
| Debtor | ) ) ) |

# HIGHER OFFER FOR DEBTOR'S ASSET

Pursuant to the *Notice of Intended Private Sale, Deadline for Submitting Objections and Higher Offers and Hearing Date* [Docket No. 30-3] (the "Notice") filed by the Trustee,[1] UMNV 205-207 Newbury, LLC or its designee ("UrbanMeritage"), hereby submits an offer for all of the Trustee's right, title, and interest in the Liquor License free and clear of all liens, security interests, and/or encumbrances. UrbanMeritage has no relationship with either the Debtor or the Trustee. UrbanMeritage believes that this offer is higher and better than the offer submitted by the proposed Buyer, 163 Newbury Street LLC, and should be approved by this Court pursuant to 11 U.S.C. § 363, Fed. R. Bankr. P. 6004, and MLBR 6004-1.

UrbanMeritage's offer is as follows:

- **Total Purchase Price**: $175,000.
- **Initial Deposit**: $12,500.
- **Additional Deposit**: $43,750.
- **Broker**: Michael Saperstein, Paul E. Saperstein & Co (the "Broker"). In accordance with the Notice and to the *Trustee's Motion for Authority to Sell Liquor License at Private Sale and Authorizing Payment to Secured Creditor With Agreed Carve-Out* [Docket No. 30] (the "Sale Motion"), 2.5% of the purchase price will be carved out of the collateral securing the pre-petition claim of the proposed Buyer, and shall, subject only to Bankruptcy Court approval, be paid to Broker.

---

[1] Capitalized terms used but not defined herein shall have the meanings given to such terms in the Notice.

- **Purchase & Sale Agreement**: Shall conform in all material respects, except as to the terms stated directly above, to the Liquor License Purchase & Sale Agreement attached to the Sale Motion as Exhibit A.

The Initial Deposit has been sent to the Trustee in the manner described in the Notice.

A copy of this Offer has been served upon the Trustee, through his counsel.

Respectfully submitted,

**UMNV 205-207 NEWBURY, LLC**

By: */s/ Michael T. Jammen*

Michael T. Jammen, Manager
125 Newbury Street, Suite 200
Boston, MA 02116

**BROWN RUDNICK LLP**

Thomas J. Phillips, Esq.
Sharon I. Dwoskin, Esq.
One Financial Center
Boston, MA 02111
617-856-8200
tphillips@brownrudnick.com
sdwoskin@brownrudnick.com

*Counsel to UrbanMeritage*