Bid of 163 Newbury, LLC                                September 6, 2023

163 Newbury, LLC bids $251,000 (Two Hundred and Fifty-one Thousand dollars).

It is willing to stay on as a backup bidder. Panos Demeter is authorized to make this bid and bind 163 Newbury LLC

Signed,

*[signature]*

Name: Panos Demeter
Manager
163 Newbury LLC

FILED IN OPEN COURT
9/6/23 AT 10:49 AM
U.S. BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
DEPUTY CLERK

In re: Plant-Based Pizza Boston, LLC
23-10609