Urban Meritage bid - Plant-Based Pizza

Amount: $231,000 (two hundred and thirty-one thousand).

Terms: same as previously-submitted bid.

Backup bidder: 14 days from date of sale hearing or 7 days from entry of sale order, whichever comes first.

I am authorized to make this bid, and to bind Urban Meritage thereto.

September 6, 2023

*[signature]*
Michael T. Jorgan, Manager
Urban Meritage, LLC
As Agent for UMNV 205-207 Newbury, LLC

FILED IN OPEN COURT
9, 6, 23 AT 10:49 AM
U.S. BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
DEPUTY CLERK

In re: Plant-Based Pizza Boston, LLC
23-10609