UNITED STATES BANKRUPTCY COURT

DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| In re | ) ) ) | Chapter 7 |
| PLANT-BASED PIZZA BOSTON, LLC, | ) ) | Case No. 23-10609-JEB |
| Debtor. | ) ) ) |  |

**ORDER AUTHORIZING TRUSTEE TO**
**SELL LIQUOR LICENSE AT PRIVATE SALE**

This matter came before the Court on the Trustee's Motion for Authority to Sell Liquor License at Private Sale and Authorizing Payment to Secured Creditor with Agreed Carve-Out (the "Motion"). Due notice of the Motion and the hearing thereon were properly given pursuant to the Notice of Intended Private Sale, Deadline for Submitting Objections and Higher Offers, and Hearing Date served by John O. Desmond, Chapter 7 Trustee (the "Trustee"). A higher offer was filed by UMNV 205-207 Newbury, LLC, a/k/a UrbanMeritage. No objections were filed.

The Court held a hearing on the Motion on September 6, 2023. At the hearing, the Court permitted a round of sealed bids to determine the highest and best bid. After review of the sealed bids, the Chapter 7 Trustee accepted, and the Court approved, the bid of 163 Newbury Street LLC or its nominee in the amount of $251,000.00.

Having considered the Motion, the offer of proof at the hearing, the arguments of counsel, and good cause being shown, it is

ORDERED that

1. The Motion is granted as provided in this Order.

2. The Trustee may sell by private sale the 7 Day Malt and Wine Beverages License issued by the City of Boston identified by the designations ABCC#011601218/03129 and BLB#99565 and currently issued to Plant-Based Pizza Boston, LLC d/b/a Double Zero and operated at 163 Newbury Street, Boston, Massachusetts (the "Liquor License") to 163 Newbury Street LLC or its nominee (the "Purchaser") for the sum of $251,000.00 (the "Purchase Price") in accordance with the terms contained in the Motion and the Liquor License Purchase & Sale Agreement (the "P&S") attached to the Motion, as modified by the terms of this Order. The Consideration set forth in Paragraph 2 of the P&S, and the purchase price set forth in Paragraph 3 of the P&S, shall be $251,000.00. The Additional Deposit set forth in Paragraph 3 of the P&S shall be $62,750.00. The amount to be paid by the Buyer to the Seller at the Closing set forth in Paragraph 3 of the P&S shall be $175,750.00.

3. The Liquor License shall be sold free and clear of all liens, security interests, and encumbrances. Any perfected, enforceable, valid liens, security interests, or encumbrances shall attach to the proceeds of the sale (the "Proceeds") according to priorities established under applicable law.

4. The Purchaser is a good faith purchaser entitled to the protections of 11 U.S.C. § 363(m).

5. By **October 1, 2023**, the Purchaser shall submit a complete Alcoholic Beverage License transfer application to the City of Boston Licensing Board.

6. The Carve-Out from the Proceeds set forth in the Motion has been waived by the Trustee as unnecessary in light of the size of the Purchase Price.

7. The Liquor License is subject to the (i) a lien held by 163 Newbury Street LLC (the "Senior Secured Creditor"), as reflected in Claim No. 6 filed in these Proceedings, and (ii) a

junior lien asserted by the Massachusetts Department of Revenue (the "DOR"), as reflected in Claim No. 3 filed in these proceedings.

8. The Trustee is authorized to pay from the Proceeds the full amount of the secured claim of the Senior Secured Creditor, including interest (payoff as of September 6, 2023, is $127,945.29 and payoff as of October 31, 2023, would be $128,849.49), no later than 14 days after the closing of the Sale of the Liquor License. The Trustee shall hold the balance of the Proceeds in escrow pending further order of the Court. The Proceeds shall be subject to any perfected, enforceable, valid liens, security interests, or encumbrances on the Liquor License, including any lien of the DOR.

9. In the event of a default by the Purchaser on its obligations set forth herein and in the P&S, the Trustee, without further hearing, may sell the Liquor License to UMNV 205-207 Newbury, LLC, a/k/a UrbanMeritage, or its designee (the "Backup Bidder"), provided that the Trustee files a notice of his intent to proceed with the Backup Bidder within two business days of his decision to proceed with the Backup Bidder. Notwithstanding Paragraph 2 of this Order, in a sale to the Backup Bidder (a) the Consideration set forth in Paragraph 2 of the P&S, and the purchase price set forth in Paragraph 3 of the P&S, shall be $231,000.00, (b) the Additional Deposit set forth in Paragraph 3 of the P&S shall be $57,750.00, and (c) the amount to be paid by the Buyer to the Seller at the Closing set forth in Paragraph 3 of the P&S shall be $160,750.00. The Backup Bidder shall be obligated to buy the Liquor License in accordance with the terms set forth herein so long as the Trustee notifies the Backup Bidder (through its counsel) of a default or nonperformance by the Purchaser by **September 18, 2023** (the "Backup Bidder Deadline"). The Backup Bidder Deadline may be extended by agreement of the Trustee and the Backup Bidder without further order of this Court, provided that the Trustee files a notice of extension

with the Court within two business days of such agreement.  Unless the Trustee timely notifies the Backup Bidder of a default or nonperformance by the Purchaser, the Trustee will send a check to the Backup Bidder by mail returning its initial deposit of $12,500.00 by no later than three business days after the Backup Bidder Deadline.   In the event of the Trustee selling the Liquor License to the Backup Bidder, the Backup Bidder is a good faith purchaser entitled to the protections of 11 U.S.C. § 363(m).

    Entered at Boston, Massachusetts this 11th day of September 2023.

                                                             _____
                                                             Janet E. Bostwick
                                                             United States Bankruptcy Judge